UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Maurice Ricardo Flowers            Docket No. 5:08-CR-158-1FL

## Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Maurice Ricardo Flowers, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on January 8, 2009, to the custody of the Bureau of Prisons for a term of 105 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On January 17, 2013, pursuant to 18 U.S.C. § 3582(c)(2), the previously imposed sentence of imprisonment was reduced to 87 months. Maurice Ricardo Flowers was released from custody on September 30, 2014, at which time the term of supervised release commenced.

On April 8, 2015, a Petition for Action on Supervised Release was submitted advising that the defendant tested positive for cocaine. As a sanction for this violation, the court ordered the defendant to serve 2 days in jail.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 22, 2015, the defendant tested positive for cocaine, which was confirmed through laboratory analysis on January 3, 2016. On January 8, 2016, the defendant signed an admission of drug use form acknowledging that he used cocaine on December 19, 2015. The defendant has been referred for a substance abuse assessment, and enrolled in the Surprise Urinalysis Program. As a sanction for this violation, we are recommending that the defendant serve 5 days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                       I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                     /s/ Taron N. Seburn
Dwayne K. Benfield                         Taron N. Seburn
Supervising U.S. Probation Officer         U.S. Probation Officer
                                                      201 South Evans Street, Rm 214
                                                      Greenville, NC 27858-1137
                                                      Phone: 252-830-2335
                                                      Executed On: January 12, 2016

**Maurice Ricardo Flowers**
**Docket No. 5:08-CR-158-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___13th___ day of ___January___, 2016 and ordered filed and made a part of the records in the above case.

*Louise W. Flanagan*
Louise W. Flanagan
U.S. District Judge