UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Maurice Ricardo Flowers                         Docket No. 5:08-CR-158-1FL

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Ricardo Flowers, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 8, 2009, to the custody of the Bureau of Prisons for a term of 105 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On January 17, 2013, pursuant to 18 U.S.C. § 3582(c)(2), the previously imposed sentence of imprisonment was reduced to 87 months. Maurice Ricardo Flowers was released from custody on September 30, 2014, at which time the term of supervised release commenced.

On April 8, 2015, a Petition for Action on Supervised Release was submitted advising that the defendant tested positive for cocaine. As a sanction for this violation, the court ordered the defendant to serve 2 days in jail.

On January 12, 2016, a Petition for Action on Supervised Release was submitted advising that the defendant tested positive for cocaine. As a sanction for this violation, the court ordered the defendant to serve 5 days in jail.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 31, 2016, the defendant tested positive for cocaine, which was confirmed through laboratory analysis on June 7, 2016. The defendant did not signed an admission of drug use form; however, he acknowledged that he used cocaine on May 27, 2016. The defendant is currently attending substance abuse treatment at Second Chance Recovery in Rocky Mount, North Carolina, and participates in the Surprise Urinalysis Program. As a sanction for this violation, we are recommending that the defendant serve 10 days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Maurice Ricardo Flowers**
**Docket No. 5:08-CR-158-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: June 28, 2016

### ORDER OF THE COURT

Considered and ordered this __30th__ day of __June__, 2016 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge